UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                  24 mag 177 (JGK)

KYLE WHITE,                                       **ORDER**

                Defendant.
-------------------------------------------------------------X

      The defendant has asked the Court to reopen the defendant's detention hearing and release him to the custody of his grandmother.

      The Government shall respond to application by **May 8, 2024.** The defendant shall file any replies by **May 10, 2024.**

      Oral argument will be held on **Tuesday, May 14, 2024** at 11:00am, before the presiding Part I judge on that date.

**SO ORDERED.**

                                                                               _____
                                                                               **JOHN G. KOELTL**
                                                                    **UNITED STATES DISTRICT JUDGE**
                                                                                   Part I

Dated: New York, New York
          May 3, 2024